UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA DOUP, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-2742-X |
| | § | |
| BERKSHIRE HATHAWAY AUTOMOTIVE INC et al., | § | |
| | § | |
| *Defendants.* | § | |

## DISMISSAL ORDER

In accordance with the Court's prior order at Doc. 98, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 14th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE