UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA DOUP, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-2742-X |
| | § | |
| BERKSHIRE HATHAWAY | § | |
| AUTOMOTIVE INC et al., | § | |
| | § | |
| *Defendants.* | § | |

### AMENDED DISMISSAL ORDER

In accordance with the parties' *Notice of Dismissal* at Doc. 103, the Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 19th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1